RECEIVED
SDNY PRO SE OFFICE
2021 DEC 21 AM 10:04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Warren Mathew Giddings
_____

Write the full name of each plaintiff or petitioner.

Case No. 21 CV 5251 (VSB)

-against-

United States,
Danda Corp., Max Brauer
_____

Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that  **plaintiff**  **Warren Mathew Giddings**
                         plaintiff or defendant      name of party who is making the motion

requests that the ~~Court~~ Clerk:

✱ (Please don't present this to his Honor until defendants respond Per Court's request. Thank you)

Accept the following documents into evidence for later consideration, as this case progresses, and all defendants respond.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☒ the following additional documents: Short & long trade on EUR/USD technical chart

12/13/21
Dated

[Signature]
Signature

Warren Mathew Giddings
Name

Doc#472713
Prison Identification # (if incarcerated)

MCTC: 18800 Roxbury Rd.   Hagerstown,   MD.   21746
Address                    City          State  Zip Code

_____
Telephone Number (if available)

_____
E-mail Address (if available)

APPLICATION DENIED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 12/22/2021

SDNY Rev: 5/24/2016

Application denied. So ordered. Plaintiff has previously filed several premature requests like the instant motion, which were all denied. (See Docs. 26, 31, 39, 44.) Plaintiff is directed to familiarize himself with the progression of litigation—including by reviewing the Motions Guide provided in his information package—and to make filings at the appropriate time. The Clerk of Court is respectfully directed to terminate the gavel pending at docket entry 45 and mail a copy of this order to the pro se plaintiff.