UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 DEC 28  AM 11: 39

Warren Mathew Giddings

Write the full name of each plaintiff or petitioner.

Case No. 1:21 cv 05251-VSB

-against-

United States,
Oanda Corp., Max Brauer,

Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that   plaintiff   Warren Mathew Giddings
                         plaintiff or defendant   name of party who is making the motion

requests that the Court:

Recieve Defendant, "Max Brauer's" Identifying Information

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:

12/6/21
Dated

Signature

Warren Mathew Giddings          DOC# 472713
Name                            Prison Identification # (if incarcerated)

MCTC: 18800 Roxbury Rd.   Hagerstown,   MD.   21746
Address                    City          State  Zip Code

Telephone Number (if available)          E-mail Address (if available)

APPLICATION DENIED.
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  12/29/2021

SDNY Rev: 5/24/2016

The Court has already received Defendant Max Bauer's identifying information, (see Docs. 40, 41), and a summons has been issued, (Doc. 42), so this request is moot. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se plaintiff.