```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WARREN MATTHEW GIDDINGS,                                    :
                                                            :
                          Plaintiff,                        :
                                                            :        21-cv-5251 (VSB)
               -against-                                    :
                                                            :            ORDER
OANDA CORP. et al.,                                         :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's "response to Court's Order, dated 1/13/2022." (Doc. 63 (citing Doc. 54).) Plaintiff explains that he did not receive my order dated January 13, 2022 until January 25, 2022. My order of January 13, 2022 said, "If Plaintiff makes additional inappropriate requests, I may enter an order to show cause as to why I should not sanction Plaintiff for violating orders of the Court." (Doc. 54.) Plaintiff acknowledges that, before he received my order of January 13, 2022, he filed additional requests on January 22, 2022, (Doc. 60), and January 24, 2022, (Doc. 62), which he now realizes are premature. Plaintiff apologizes.

      On January 31, 2022, I issued an order to show cause why I should not impose sanctions on Plaintiff for Plaintiff's failure to abide by my court orders. (Doc. 61.) I assume at the time of this writing, Plaintiff has not received that order yet, but at the time of Plaintiff's receipt of this order, Plaintiff will have received my January 31, 2022 order as well. I recognize that mail delivery is delayed, and Plaintiff does not receive my orders until some time after I issue them. I also understand that Plaintiff is operating without the advice of counsel. Accordingly, I VACATE my order to show cause of January 31, 2022, (Doc. 61), and I will not sanction

Plaintiff for violating my prior orders.  However, I do still direct Plaintiff to refrain from sending additional requests (except for extension requests) until all Defendants are served, and to continue familiarizing himself with the process of litigation.

      The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

SO ORDERED.

Dated:  February 2, 2022
        New York, New York

_____
Vernon S. Broderick
United States District Judge