UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
WARREN MATTHEW GIDDINGS,                :
:
                      Plaintiff,        :
:        21-cv-5251 (VSB)
         -against-                          :
:             **ORDER**
OANDA CORP. et al.,                          :
:
                      Defendant.    :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The U.S. Marshals Service has advised the Court that the marshals tasked with serving Defendant Oanda Corp. have been unable to locate Defendant. Accordingly, it is hereby

       ORDERED that Plaintiff shall provide this Court the address of Defendant Oanda Corp., so that service can be effected. Plaintiff is reminded that failure to timely provide such address may result in dismissal of his claims against Defendant Oanda Corp.

       The Clerk is respectfully directed to send a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: April 13, 2022
       New York, New York

_____
Vernon S. Broderick
United States District Judge