```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
WARREN MATTHEW GIDDINGS,                                 :
                                                         :
                                Plaintiff,               :
                                                         :        21-cv-5251 (VSB)
                -against-                                :
                                                         :             ORDER
                                                         :
OANDA CORP. et al.,                                      :
                                                         :
                                Defendant.               :
                                                         :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 22, 2022, Defendant United States filed a motion to dismiss the second amended complaint. (Doc. 80.) Under Local Civil Rule 6.1(b), pro se Plaintiff would normally have 14 days to file an opposition. Recognizing, however, that pro se Plaintiff is incarcerated and that Plaintiff's mail is often delayed, it is hereby:

ORDERED that Plaintiff shall file any opposition to Defendant United States' motion to dismiss by May 20, 2022. A prisoner's filings are deemed filed on the date they are delivered to prison officials for mailing. *See Hodge v. Greiner*, 269 F.3d 104, 106 (2d Cir. 2001).

It is FURTHER ORDERED that Defendant United States shall file any reply within seven days of Plaintiff's opposition being docketed.

The Clerk of Court is respectfully directed to mail copies of this order and the filings at Docket 80 to pro se Plaintiff.

SO ORDERED.

Dated:  April 22, 2022
         New York, New York                    _____
                                               Vernon S. Broderick
                                               United States District Judge