pg. 1/2

Case 1:21-cv-05251-VSB  Document 94  Filed 05/24/22  Page 1 of 9

→ (Back of Page) →

U.S. Dist. Ct
Action No. 21-CV-5251(VSB)
5/7/2022
Warren M. Giddings

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Warren Mathew Giddings,

Plaintiff,

v.

Oanda Corp., et al.,

Defendants.

Civil Action No. 21-CV-5251(VSB)

RECEIVED
SDNY PRO SE OFFICE
2022 MAY 23 PM 2:41

## MOTION FOR APPROPRIATE RELIEF.

1) At this time, I am seeking Court to Order appropriate relief, as it sees fit to do, regarding its Order to me to provide the requested information on or before 6/1/2022.

2) Although, as apparent in my filings, I have, in the past, received many addresses directly from the Oanda.com site for addresses that it has held out as their office locations (See my filings for these addresses) over the years, at this time, at the prison I was transferred to in Dec., 2021, MCI-H, the librarian is refusing to provide me any addresses listed for "Oanda." (See attached proof).

3) I can, at this time, either pay "EPS" (Elite Paralegal Prisoner Services) to find this information for me with a "deep dive" search of "Oanda" and all things related, but EPS is located in the "mid-west", they usually take 1-2 months to fulfill my orders, and Court's June 1 deadline is appx. 3 weeks away. — → BACK of Page →

pg. 2/2

Action No. 21-CV-5251 (VSB)
5/17/2022
Warren M. Giddings

4) I can also request that my case manager do an internet search on "Oanda" known addresses, but this search will be way less thorough than if done by the librarian or EPS, and it is also guaranteed to take a few weeks, and again, Court's deadline is fast approaching. —

CONCLUSION:

Based on these facts, I humbly pray Court Order relief to me, as it determines is appropriate, based on these facts, timelines, and the circumstances.

Respectfully submitted:

Warren Mathew Giddings
5/17/2022

Application denied as moot. I have already ordered service upon Oanda at a new address. (Doc. 91.) The Clerk of Court is respectfully directed to terminate the motion at Doc. 93 and mail a copy of this order to pro se Plaintiff.

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

May 24, 2022

To/From: Warren Mann... (illegible)
Doc# 472713
A1-3

## URGENT addition to last week's pending requests (Library)

Mr. Shaffer,

Here are my library requests for this week:

1) Internet Search: for "What does Washington D.C. law say about what 'negligence' is in a civil lawsuit?" "as well as what they say about the "maximum amount of "damages" tha~~t~~ can be awarded in a negligence lawsuit under Washington D.C. (state) law." — ALL info on this from all sources on Google. (Please print out multiple articles on this all; I am preparing to file a "Motion of Opposition" in ~~[scribbled]~~ federal court and I need tons of info ~~[scribbled]~~ on all of this. Thank you!)

2) Please send me the other requests I requested from last week. Those are super important.

U.S. Dist. Ct.
Action No. 21-cv-5251(VSB)
Warren M. Giddings
5/7/2022

3) Lastly, on Friday, the Court sent me an Order requesting I provide information they can give the U.S. Marshalls Service to serve "Oanda Corp." in my lawsuit. Apparently the address on their website is a false address. Therefore, please provide me the following on Oanda Corp. (Oanda.com) (forex trading broker):

a) ALL possible ~~[scribbled]~~ addresses, world-wide, for "Oanda Corp," their "holding companies," international/national office addresses, etc. (Anything about any and all physical locations for their employees/executives/offices/owners/etc.), and

b) the address "Oanda" used to "incorporate" in the U.S. or international, the address of any "registered agent" they use to receive "service of process" of a lawsuit on their behalf, an...

Thank you a ton,
Mr. Shaffer!

Giddings, Warren
DOC#: 472713
A-1-03B

*Thank you for writing to the library.*

1. "What does Washington D.C. law say about what 'negligence' is in a civil lawsuit?"
   a. What does it say about the "maximum amount of damages" that can be awarded in a negligence lawsuit under Washington D.C. (state) law? Multiple articles requested.
   **Response:** see enclosed

2. Pending requests from last week

Forms, applications (written version), and all requirements, info, and addresses for the following

   a. PostFinance bank in Switzerland
      **Response:** I was unable to find a paper application online. See enclosed information from PostFinance website.
      **PostFinance Ltd**
      Customer Service Banks
      Mingerstrasse 20
      3030 Berne Switzerland
   b. "UBS" bank in Switzerland
      **UBS Financial Services Inc.**
      **Response:** I was unable to find a paper application online. See enclosed information from USB Financial website.
      Client Relations
      PO Box 766
      Union City, NJ 07087
   c. "Wise international account"
      **Response:** I was unable to find a paper application online. See enclosed article.
      56 Shoreditch High Street 6th Floor,
      The Tea Building
      London, E1 6JJ United Kingdom
   d. "N26" German neo-bank
      **Response:** I was unable to find a paper application online. See enclosed information from N26 website.
      Kurfürstenstraße 72,
      10787, Berlin, Germany
   e. "Revolut" bank
      **Response:** I was unable to find a paper application online. See enclosed article.
      REVOLUT LTD ,
      7 Westferry Circus,
      Canary Wharf, London, England, E14 4HD
   f. "Swiss Volksbank"
      **Response:** Bank was acquired by Credit Suisse

*[handwritten annotation: U.S. Dist. Ct. Action No. 21-cv-5251(VSB) Warren M. Giddings]*

3. The following on Oanda Corp (Oanda.com) Forex Trading Broker:
   a. all possible addresses, world-wide, for "Oanda Corp," their holding companies, international/national office addresses, etc. (anything about any and all physical locations for their employees/executives/offices/owners/etc.)
   b. The address Oanda used to "incorporate" in the USA or international
   c. The address of any registered agent they use to receive service of process of a lawsuit on their behalf
   d. Address they used to register with the NFA & CFTC.

**Response:** I have been instructed not to perform any research related to the legal cases of library patrons. Further, the scope of this request extends beyond that of the library's reference services.

# District of Columbia Negligence Laws

*Created by FindLaw's team of legal writers and editors | Last updated June 07, 2019*
https://www.findlaw.com/state/dc-law/district-of-columbia-negligence-laws.html

The vast majority of injury cases are based on the legal theory of *negligence*. An individual who fails to act in a reasonable manner -- they knew or should have known better -- and as a result causes an injury to another may be found negligent. When a court rules that the defendant is negligent, they're held liable for damages related to the injury. For instance, a distracted driver who crashes into another motorist, causing injury, may be held liable for hospital bills, lost wages, damage to their vehicle, and other losses stemming from the negligent act.

In the District of Columbia, plaintiffs may not be able to collect for damages if they only shared a small amount of fault for the accident. The following sections summarize negligence laws and procedures in Washington, D.C., including details about contributory negligence and links to code sections.

## District of Columbia Negligence Laws at a Glance

If you've been injured and believe someone else was at fault, the last thing you have time for is deciphering complex statutory language. Information on how the District of Columbia handles negligence claims is listed in the following chart, written in "plain English" for your convenience.

| | |
|---|---|
| Statute | District of Columbia Code, Section 35-302 |
| Comparative Negligence | - |
| Contributory Negligence: Limit to Plaintiff's Recovery | *Pure Contributory Negligence*: A plaintiff's negligence (even as little as 1%) is a bar to recovery except the liability of common carriers for injuries to employees, when plaintiff's negligence is slight and employer's is gross. |
| Contribution Among Tortfeasors | No |
| Uniform Act | - |

**Note:** State laws are always subject to change through the passage of new legislation, rulings in the higher courts (including federal decisions), ballot initiatives, and other means. While we strive to provide the most current information available, please consult an attorney or conduct your own legal research to verify the state law(s) you are researching.

## Elements of a Negligence Case

A plaintiff must be able to prove the following five elements in order to collect damages for injuries resulting from the defendant's negligence:

1. Defendant owed a duty to commit an act or refrain from committing an act;
2. Defendant breached this duty;
3. This breach of duty caused injury to the plaintiff;
4. Defendant's actions (or inactions) were the proximate cause of the injury (the defendant should have known that this action could have caused injuries); and
5. Plaintiff suffered actual damages (i.e., lost wages, hospital bills, suffering, etc.).

# District of Columbia Code Division V. Local Business Affairs § 35-302. Contributory negligence no bar to recovery.

Current as of January 01, 2020 | Updated by FindLaw Staff

In all actions brought against any common carriers to recover damages for personal injuries to an employee, or where such injuries have resulted in his death, the fact that the employee may have been guilty of contributory negligence shall not bar a recovery where his contributed negligence was slight and that of the employer was gross in comparison, but the damages shall be diminished by the jury in proportion to the amount of negligence attributable to such employee.   All questions of negligence and contributory negligence shall be for the jury.

From: Warren ~~~~~~~~~~~~
Doc #47221's, A1-5

✓ ~~individual forex account at Charles Schwab futures and forex LL~~

Library — Complaint Form for Maryland Health Claims Arbitration Board

Dear Mr. Shaffer,

✓ Minimum deposit to trade forex on TD Ameritrade

Here are my internet re

internet search →

1) (2) copies of the "Charles Schwab Futures and Forex LL individual account application" for opening a forex account. (Written version) ✓

2) Internet Search: for the written version of the "Forex.com" individual account application, info, and address. (forex broker)

3) ~~Internet Search: for all addresses for "Oanda" (forex broker~~

4) Internet Search: for all info, applications, and addresses for "IG" (forex broker).

5) ~~Internet Search: for "EUR/USD @ Weekly~~ ~~~~~ timeframe candlestick chart."

Thank you. Also, please verify my housing location before you send this. Thank you.

Sincerely,

Warren M. Giddings
5/3/2022

U.S. Dist Ct.
Action No. 21-cv-5251(VSB)
Warren M. Giddings
5/7/2022

Giddings, Warren
DOC# 472713
A-1-03

1. Request fulfilled on 5/10.

2. Internet search for the written version of the "Forex.com" individual account application, info, and address (forex broker)
   Enclosed

3. ~~Internet search for all address for "Oanda" (forex broker)~~
   Declined this reference request on 5/5/22.

4. Internet search for all info, applications, and addresses for "IG" (forex broker)

   **IG US LLC**
   200 West Jackson Blvd.,
   Suite 1450
   Chicago, IL 60606

   Paper application for an IG individual account unavailable online. See enclosed article on IG.

5. Internet search for "EUR/USD weekly timeframe candlestick chart."
   Enclosed

6. Complaint form for Maryland Health Claims Arbitration Board

   Response: I was unable to find a form matching this description online. Enclosed, you will find a description of the Health Care Alternate Dispute Resolution Office, as well as the address of the office.

7. Minimum deposit to trade forex on TDAmeritrade

   Response: See if the enclosed article is helpful. I couldn't find any information about a minimum deposit to trade forex on TDAmeritrade's website

U.S. Dist. Ct.
Action No. 21-cv-5251 (VSB)
Warren M. Giddings 5/7/2022

# EUR/USD - Euro US Dollar

**1.0424** -0.0087 (-0.83%)

Prev. Close: 1.0511  Bid/Ask: 1.0422 / 1.0426  Day's Range: 1.0383 - 1.0530

General | Chart | News & Analysis | Technical | Forum | InvestingPro | Brokers

Technical Analysis › Candlestick Patterns

## EUR/USD Candlestick Patterns

EUR/USD - Euro US Dollar  1.0423 -0.0088 (-0.84%)

[chart annotation: 400 pips]

Handwritten notes:
- 1st TP = 1.4
- 2nd TP = 1.0
- New Entry = 1.0 (Parity)

### Indices

| Name | Price | Chg | Chg % |
|---|---|---|---|
| US 30 | 31,881.2 | +47.1 | +0.15% |
| US 500 | 3,961.2 | +26.0 | +0.66% |
| Dow Jones | 31,883.94 | +49.83 | +0.16% |
| S&P 500 | 3,961.81 | +25.63 | +0.65% |
| Nasdaq | 11,542.61 | +178.38 | +1.57% |
| S&P 500 VIX | 32.41 | -0.16 | -0.49% |
| Dollar Index | 104.395 | +0.511 | +0.49% |

### Candlestick Patterns

| Pattern | Timeframe | Reliability | Candles Ago | Candle Time |
|---|---|---|---|---|
| Harami Cross | 1W | ★ | 1 | May 01, 2022 |
| Morning Doji Star | 30 | ★★★ | 1 | May 12, 2022 10:30AM |
| Bullish doji Star | 30 | ★★ | 2 | May 12, 2022 10:00AM |
| Harami Bullish | 30 | ★ | 2 | May 12, 2022 10:00AM |
| Harami Cross | 30 | ★ | 2 | May 12, 2022 10:00AM |
| Morning Doji Star | 1D | ★★★ | 3 | May 09, 2022 |
| Bullish doji Star | 1D | ★★ | 4 | May 06, 2022 |
| Harami Bullish | 1D | ★ | 4 | May 06, 2022 |
| Harami Cross | 1D | ★ | 4 | May 06, 2022 |
| Bullish Hammer | 15 | ★ | 4 | May 12, 2022 10:00AM |
| Upside Gap Three Methods | 15 | ★★ | 9 | May 12, 2022 08:45AM |
| Harami Bullish | 1M | ★ | 10 | Jul 21 |
| Harami Cross | 1M | ★ | 10 | Jul 21 |
| Engulfing Bearish | 1M | ★★ | 11 | Jun 21 |
| Bullish Engulfing | 1W | ★★ | 14 | Jan 30, 2022 |
| Shooting Star | 5H | ★ | 14 | May 09, 2022 12:00PM |
| Inverted Hammer | 30 | ★ | 17 | May 12, 2022 02:30AM |
| Bullish Hammer | 1W | ★ | 24 | Nov 21, 2021 |
| Bullish doji Star | 15 | ★★ | 24 | May 12, 2022 05:00AM |
| Inverted Hammer | 1D | ★ | 25 | Apr 07, 2022 |
| Inverted Hammer | 1D | ★ | 26 | Apr 06, 2022 |
| Bullish Engulfing | 1H | ★★ | 26 | May 11, 2022 09:00AM |
| Bullish Hammer | 1M | ★ | 27 | Feb 20 |
| Evening Doji Star | 5H | ★★★ | 27 | May 04, 2022 10:00PM |
| Evening Star | 5H | ★★★ | 27 | May 04, 2022 10:00PM |
| Doji Star Bearish | 5H | ★★ | 28 | May 04, 2022 05:00PM |
| Inverted Hammer | 1H | ★ | 28 | May 11, 2022 07:00AM |
| Three Outside Down | 1D | ★★★ | 29 | Apr 01, 2022 |
| Engulfing Bearish | 1D | ★★ | 30 | Mar 31, 2022 |
| Shooting Star | 5H | ★ | 30 | May 04, 2022 07:00AM |
| Inverted Hammer | 5H | ★ | 30 | May 04, 2022 07:00AM |
| Shooting Star | 1H | ★ | 32 | May 11, 2022 03:00AM |
| Three Outside Up | 15 | ★★★ | 34 | May 12, 2022 02:30AM |
| Bullish Engulfing | 15 | ★★ | 35 | May 12, 2022 02:15AM |
| Bullish Hammer | 1H | ★ | 38 | May 10, 2022 09:00PM |
| Bullish Hammer | 15 | ★ | 39 | May 12, 2022 01:30AM |
| Inverted Hammer | 1H | ★ | 39 | May 10, 2022 08:00PM |
| Bullish Hammer | 1M | ★ | 45 | Aug 18 |
| Harami Bullish | 1W | ★ | 46 | Jun 20, 2021 |
| Three Inside Up | 1D | ★★★ | 46 | Mar 09, 2022 |
| Bullish doji Star | 1M | ★★ | 47 | Jun 18 |
| Inverted Hammer | 1H | ★ | 47 | May 10, 2022 12:00PM |
| Harami Bullish | 30 | ★ | 48 | May 11, 2022 11:00AM |
| Harami Cross | 30 | ★ | 48 | May 11, 2022 11:00AM |
| Inverted Hammer | 15 | ★ | 48 | May 11, 2022 11:00AM |
| Bullish doji Star | 1D | ★★ | 51 | Mar 02, 2022 |
| Bullish Engulfing | 30 | ★★ | 52 | May 11, 2022 09:00AM |
| Bullish Hammer | 5H | ★ | 54 | Apr 27, 2022 10:00AM |
| Harami Bullish | 5H | ★ | 60 | Apr 26, 2022 04:00AM |
| Inverted Hammer | 5H | ★ | 60 | Apr 26, 2022 04:00AM |
| Bullish Hammer | 15 | ★ | 60 | May 11, 2022 06:00PM |
| Evening Star | 1D | ★★★ | 65 | Feb 07, 2022 |

### Recent Quotes

| Name | Price | Chg | Chg % |
|---|---|---|---|
| BTC/USD | 29,622.0 | -2209.0 | -6.91% |
| GBP/CAD | 1.5915 | -0.0001 | -0.01% |
| EUR/USD | 1.0417 | -0.0094 | -0.90% |

Warren Mathew Giddings
DOC #473113, MCI-H
18601 Roxbury Road
Hagerstown, MD. 21746

BALTIMORE MD 212
19 MAY 2022 PM 6 L

MAY 19 2022
OUT GOING
INMATE MAIL

SDNY PRO SE OFFICE
2022 MAY 23 PM 2:27

Pro Se Office
Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007-1312

10007-131099