```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WARREN MATTHEW GIDDINGS,                                    :
                                                            :
                          Plaintiff,                        :
                                                            :         21-CV-5251 (VSB)
              -against-                                     :
                                                            :              ORDER
OANDA CORP., et al.,                                        :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  Plaintiff filed this action on June 8, 2021.  (Doc. 1.)  Because Plaintiff has been granted permission to proceed IFP, Plaintiff was entitled to rely on the Court and the U.S. Marshals Service to effect service.  (*See* Doc. 14.)  After a series of extensions of time to serve, (Docs. 27, 31, 39, 49, 52, 73, 75, 86, 91, 98, 99, 105, 106, 109, 110), the U.S. Marshals timely filed an affidavit of service on Defendant Oanda Corp., (Doc. 111).  The deadline for Defendant Oanda Corp. to respond to Plaintiff's complaint was August 30, 2022.  (*See* Doc. 111.)  To date, Defendant Oanda Corp. has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case against Defendant Oanda Corp.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 28, 2022.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation against Defendant Oanda Corp., I may dismiss his claims against Defendant Oanda Corp. pursuant to Federal Rule of Civil Procedure 41(b).

  The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff, along with a copy of Doc. 111 and a copy of my Individual Rules and Practices in Civil Cases.

SO ORDERED.

Dated:    October 31, 2022
            New York, New York

_____
VERNON S. BRODERICK
United States District Judge