**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

WARREN MATTHEW GIDDINGS,

                Plaintiff,

-against-                           21 **CIVIL** 5251 (VSB)

                                                          **<u>JUDGMENT</u>**

UNITED STATES; OANDA CORPORATION;
MAX F. BRAUER,

                Defendants.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 12, 2023, Defendant Max Brauer and the Government's motions to dismiss are GRANTED. In addition, because the second amended complaint is devoid of the factual allegations necessary to maintain a claim against Oanda, Oanda's motion to dismiss is GRANTED.; accordingly, the case is closed.

**Dated:** New York, New York

       July 12, 2023

                                                                      **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                   **BY:**

                                                                         **Deputy Clerk**